**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 18-9608-CAS (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| SYNTHIA ANN WASHINGTON, | **OF UNITED STATES MAGISTRATE** |
| Defendant. | **JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the application for issuance of writ of continuing garnishment, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge. Plaintiff's request for a final order of continuing garnishment as to Garnishee Loyola Marymount University, pursuant to 28 U.S.C. § 3205(c)(5)(7), is GRANTED.

**IT IS ORDERED THAT** Garnishee shall pay immediately pay to the United States all funds it has been obligated to withhold and retain from Defendant's paychecks since the issuance of the Writ on November 26, 2018, and thereafter, commencing with the date of this Order, Garnishee shall pay all future allotments equal to 25 percent of Defendant's disposable earnings, subtracted by the amount payable toward Defendant's existing garnishment, currently $75, while that other garnishment is payable, from each of Defendant's paychecks.

Garnishee shall make payment(s) by sending cashier's or corporate check(s) or money order(s), made payable to the "Clerk, United States District Court" to the following address: Clerk's Office, United States District Court, 255 East Temple Street, Room 1178, Los Angeles, California 90012-4708, Attention: Fiscal Section. All check(s) and money order(s) must include the following case name and number: <u>United States v. Synthia Ann Washington</u>, CR 02-00561-CAS.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order herein on Plaintiff at her current address of record.

DATED: June 7, 2019.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE